IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00780-PSF-PAC

LOUIE A. ALANIZ,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA, d/b/a UnumProvident, and also known as Unum,

    Defendant.

## ORDER

This matter comes before the Court on Defendant's Notice of Removal (Dkt. # 1). After reviewing the Complaint and the Notice of Removal, which is based on diversity jurisdiction, it is unclear to the Court whether this case is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001 *et seq.* Whether ERISA applies will affect the scheduling and referral orders in this case. Therefore, IT IS ORDERED that counsel for the parties shall appear in person on **Tuesday, May 23, 2006 at 10:00 a.m.**, in Courtroom A602 of the U.S. District Court for the District of Colorado, Sixth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado for a status conference. It is FURTHER ORDERED that counsel for the parties shall confer and file a joint statement regarding their position(s)

as to the application of ERISA to this case by **Wednesday, May 17, 2006 at 5:00 p.m.**

DATED: April 27, 2006.

BY THE COURT:

*s: Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge