IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00780-PSF-PAC

LOUIE A. ALANIZ,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA, d/b/a UnumProvident, and also known as Unum,

    Defendant.

## ORDER REGARDING STATUS CONFERENCE

This matter is before the Court on the Parties' Joint Statement Regarding the Applicability of ERISA to This Case (Dkt. # 13), filed May 10, 2006, in which parties request that the Court vacate the hearing scheduled for Tuesday May 23, 2006. The request is DENIED. The status conference shall proceed as scheduled, and shall be used to develop a scheduling plan for this case, including whether ERISA procedures and standards shall apply, even in the absence of application of ERISA to the merits of the case itself. *See Canady v. Wash. Metro. Area Transit Auth.*, 909 F. Supp. 324, 329 (D. Md. 1995) (applying trust principles used in ERISA cases to one involving a government plan not governed by ERISA). On the other hand there may well be reason to treat this case conventionally permitting, if warranted, discovery and a jury trial as demanded by Plaintiff Louie Alaniz.

The parties are directed to confer and reach what stipulations they are able to in advance of the conference that remains scheduled for <u>Tuesday May 23, 2006 at 10:00 a.m.</u>

DATED: May 19, 2006.

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge