IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00780-PSF-PAC

LOUIE A. ALANIZ,

      Plaintiff(s),

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA, d/b/a UnumProvident, and also known as Unum,

      Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that the Stipulated Motion to Modify the Scheduling Order [filed August 21, 2006; Doc. No. 27] is **GRANTED** as follows:

      The deadline for joinder of parties and amendments to pleadings is extended to **October 31, 2006.**

      The discovery cut-off is extended to **December 15, 2006.**

      The dispositive motions deadline is extended to **January 15, 2007.**

      Expert witness disclosures are due **November 15, 2006.**

Dated:  August 22, 2006