IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00780-PSF-PAC

LOUIE A. ALANIZ,

      Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA, d/b/a Unum Provident, and also known as UNUM,

      Defendant.

---

## ORDER FOR DISMISSAL WITH PREJUDICE
---

This matter came before the court based upon the parties' Stipulation for Dismissal with Prejudice (Dkt. # 32). The Court finds that the parties have fully resolved this matter and that their agreement calls for the dismissal with prejudice of this civil action. It is, therefore,

ORDERED that this civil action is DISMISSED WITH PREJUDICE, each party to pay his or its own costs and expenses.

DATED: January 25, 2007

                                        BY THE COURT:

                                        *s/ Phillip S. Figa*

                                        _____
                                        Phillip S. Figa
                                        United States District Judge